# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

No. 2000-00049-ML-3

UNITED STATES

v.

JASON BRADY

## HABEAS CORPUS PETITION

Now comes the petitioner in the above entitled motion and moves this Honorable Court to order the Federal Bureau of Prisons to produce the above defendant for hearing. Counsel avers as follows:

1. That on or about October 12, 2006, the Defendant was charged with a violation of probation, specifically a bad urine screening.
2. That since October 12, 2006, despite repeated requests to the Federal Bureau of Prisons and the United States Marshall, by both counsel and the Defendant, for proper notice and information as to why defendant was retained, no information has been received or provided to date.
3. That defendant has remained without knowledge as to what his release date is, if any.

Whereby your defendant prays that this Honorable Court order and have proper hearing to establish Defendant's release date.

RESPECTFULLY SUBMITTED,

Steven D. DiLibero, Esq. (#4678)
DiLibero & Coloian, LLP
130 Dorrance Street
Providence, Rhode Island 02903
(401) 621-9700
(401) 331-9503 – fax

**CERTIFICATION**

I hereby certify that on the 25th day of April, 2007, a copy of the within petition was hand-delivered to Assistant U.S. Attorney Ken Madden at 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

Colleen R. Bagley