IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 00-0049ML |
| | ) | |
| JASON BRADY | ) | |

**GOVERNMENT'S OBJECTION TO HABEAS CORPUS PETITION**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and objects to defendant's/petitioner's Habeas Corpus Petition for those reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

I hereby certify that on the 30th day of April, 2007, I filed electronically and mailed, by ordinary mail and postage prepaid, a true copy of the Within Government's Objection To Habeas Corpus Petition, to:

Steven D. DiLibero, Esq.
DiLibero & Coloian
130 Dorrance Street, Shakespeare Hall
Providence, RI 02903

s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 00-049ML |
| | ) | |
| JASON BRADY | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO HABEAS CORPUS PETITION**

Defendant Jason Brady (Brady or petitioner) files this Habeas Corpus Petition requesting a hearing so that the Court may set a release date from custody by the Bureau of Prisons. The petition provides few facts that would assist the Court in rendering a decision.

Brady was charged by indictment in 2000 with two counts of marijuana trafficking. He was represented by attorneys Steven DiLibero and John Tramonti. He entered a guilty plea to one count and was sentenced on February 2, 2001 to 84 months imprisonment, five years of supervised release, a fine of $5,000, and a $100 special assessment. The remaining count against Brady was dismissed upon motion of the government.

Based upon information received from the United States Probation Office, the undersigned Assistant United States Attorney believes that as part of his adjustment into non-prison life, Brady was placed by the Bureau of Prisons at a Boston, Massachusetts half-way house. At the time of the placement, and continuing through the present, Brady was under the authority of the Bureau of Prisons. Brady was at some point removed from the half-way house by the Bureau of Prisons and housed at the Plymouth County House of Corrections after testing positive for the presence of a controlled substance in a urine specimen given by Brady to the

staff of the half-way house. The undersigned Assistant United States Attorney presently has no information as to how long Brady has been at the Plymouth County House of Corrections or the predicted outcome of his case. Contrary to Brady's claim in his petition, Brady was not on probation, or even supervised release, at the time the Bureau of Prisons took action against him. He was still serving his sentence of imprisonment.

Brady does not allege any provisions of the United States Code upon which he bases his petition for relief.

Section 2255 of Title 28, United States Code, is not applicable to Brady and does not provide jurisdiction for this Court to act. Section 2255 is a vehicle whereby a prisoner in federal custody under a sentence may move to vacate, set aside, or correct his sentence, contending "that the sentence was imposed in violation of the Constitution or the laws of the United States, or that the court was without jurisdiction to impose such a sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack." The motion is made before the Court which imposed sentence. Rule 4 of the Rules Governing Section 2255 Proceedings. Brady, however, is not attacking his sentence, but rather is attacking his conditions of confinement or the execution of his sentence. Section 2255, therefore, is not available to Brady to ground his petition for relief. United States v. Barrett, 178 F.3d 34, 50 n.10 (1st Cir. 1999)(28 U.S.C. § 2241, not 28 U.S.C. § 2255, is the proper vehicle for a federal prisoner to use to attack the execution of his sentence).

Section 2241 of Title 28, United States Code, allows for the filing of a writ of habeas corpus where the prisoner "is in custody under or by color of the authority of the United States." The application is made in the district where the applicant is held. 28 U.S.C. § 2242. See also,

Barrett, 178 F.3d at 50 n.10 (§ 2241 petition is properly brought in the District Court with jurisdiction over the prisoner's custodian, whereas a § 2255 petition must be brought in the sentencing Court); Gonzalez v. United States, 150 F.Supp.2nd 236, 240 (D.Mass. 2001).

Here, the Court with jurisdiction over Brady's custodian, whether that custodian be the Boston half-way house or the Plymouth County House of Corrections, is the United States District Court for the District of Massachusetts, not this Court.

The petition should be dismissed without prejudice to allow Brady to re-file his petition in the United States District Court for the District of Massachusetts.

.

Respectfully submitted,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April 2007, I electronically filed and served a copy, by ordinary mail and postage prepaid, of the Within Government's Memorandum In Support of It's Objection To Habeas Corpus Petition, to:

Steven D. DiLibero, Esq.
DiLibero & Coloian
130 Dorrance Street, Shakespeare Hall
Providence, RI 02903

s/ Kenneth P. Madden

Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov