# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

No. 2000-00049-ML-3

UNITED STATES

v.

JASON BRADY

## MOTION TO REMOVE REQUEST FOR HABEAS CORPUS PETITION

Now comes the Petitioner by and through Counsel in the above entitled matter, and hereby requests that this Honorable Court remove the Petitioner's request for Habeas Corpus Petition.

RESPECTFULLY SUBMITTED,

_/S/ Steven D. DiLibero___________

Steven D. DiLibero, Esquire (#4678)
DiLibero & Coloian, LLP
130 Dorrance Street
Providence, Rhode Island 02903
Phone: (401) 621-9700
Fax: (401) 331-9503

## CERTIFICATION

I hereby certify that on the 7th day of May, 2007, a copy of the within petition was sent by electronic mailing to Ken Madden, A.U.S.A..

__/S/ Steven D. DiLibero_________